UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT KIME, an individual.<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ACTAVIS, INC., ACTAVIS PHARMA, INC., ACTAVIS LABORATORIES UT, INC., ANDA, INC.,<br><br>　　　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:15-cv-11570<br>MDL No.: 2545<br>　　　　ECF Designated |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**

**F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ROBERT KIME ("Plaintiff") and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants ACTAVIS, INC., ACTAVIS PHARMA, INC., ACTAVIS LABORATORIES UT, INC., ANDA, INC. ("Defendants"). Each party shall bear their own costs and attorney fees.

　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:　July 21, 2016　　　　　KABATECK BROWN KELLNER LLP


　　　　　　　　　　　　　　　　　By: /s/ Lina B. Melidonian
　　　　　　　　　　　　　　　　　　　Lina B. Melidonian
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff